1

2

3

4                                                                JS-6

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10   DENIA DUFFY,                          Case No.  CV12-7258 JFW(SHX)

11              Plaintiff,                 **ORDER GRANTING TRANSFER**
                                           **TO THE EASTERN DISTRICT OF**
12        v.                               **VIRGINIA**

13   PAE GOVERNMENT SERVICES,              Date:   **March 4, 2013**
     INC.,                                 Time:  **1:30 p.m.**
14              Defendant.                 **Courtroom:  16 - Spring Street Floor**
                                           **Judge:  Hon. John F. Walter**
15

16        Pursuant to the Stipulation to Transfer Action to the Eastern District of Virginia

17   of Plaintiff, Denia Duffy, and Defendant, PAE Government Services, Inc., and good

18   cause appearing, IT IS HEREBY ORDERED THAT:

19        (1)    The action is hereby transferred to the U.S. District Court for the Eastern

20   District of Virginia.  The hearing date of March 4, 2013, on Defendant's Motion to

21   Dismiss or Transfer the Action is vacated.  The Scheduling Conference set for March

22   18, 2013, is vacated; and

23        (2)    Defendant's responsive pleading is due 30 days after the transfer is

24   effected.

25        IT IS SO ORDERED.

26   Dated:   February 6, 2013

27                                         _____
                                           Hon. John F. Walter
28                                         UNITED STATES DISTRICT
                                           JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 5572

489313-v2\PALDMS

1

Case No  CV12-7258 JFW(SHX)
ORDER GRANTING TRANSFER TO THE  EASTERN DISTRICT OF VIRGINIA